UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS STATE BOARD OF DENTAL EXAMINERS<br>*Plaintiff*,<br><br>v.<br><br>JOHN DOE<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:24-CV-00528-BW |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff, Texas State Board of Dental Examiners ("TSBDE"), and the Defendant John Doe, by and through their undersigned counsel, file this Joint Status Report and state the following in support:

1. The parties convened to mediate the case on August 15, 2025, but were unsuccessful in reaching a settlement.

2. No other matters are relevant to the status and disposition of this case at this time.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/Helen Kelley
HELEN KELLEY
Assistant Attorney General
Texas State Bar No. 24086520
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4136
Facsimile: (512) 320-0167
Helen.Kelley@oag.texas.gov

ATTORNEYS FOR PLAINTIFF

/s/ Fread Houston (by permission)
Fread Houston
Fread.Houston@Loofh.Com
7901 Cameron Rd., Ste. 3-350
Austin, Texas 78754
T. (512) 855-7710
F. (512) 855- 7710

ATTORNEY FOR JOHN DOE, DDS

**Certificate of Service**

  I hereby certify that a true and correct copy of the foregoing, has been served on August 22, 2025, on the following attorney-in-charge, by e-service and/or e-mail:

Fread Houston
Fread.Houston@Loofh.Com
7901 Cameron Rd., Ste. 3-350
Austin, Texas 78754
T. (512) 855-7710
F. (512) 855- 7710

ATTORNEY FOR JOHN DOE, DDS

Rudy Beuttenmuller, Attorney
rudybeutt@tcblawfirm.com
5335 Spring Valley Road
Dallas, Texas 75254-3009
T. (972) 991-2121
F. (972) 991-3220

ATTORNEY FOR ENTERHEALTH PROPERTIES, LLC
D/B/A ENTERHEALTH RANCH, AND
ENTERHEALTH OUTPATIENT, LLC
D/B/A ENTERHEALTH OUTPATIENT
CENTER OF EXCELLENCE

            /s/*Helen Kelley*
            HELEN KELLEY
            Assistant Attorney General